1  WILLIAM R. TAMAYO (BAR NO. 084965)
   DAVID OFFEN-BROWN (BAR NO. 063321)
2  RAYMOND T. CHEUNG (BAR NO. 176086)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, California 94105-1260
   Telephone: (415) 625-5649
5  Facsimile: (415) 625-5657
   raymond.cheung@eeoc.gov
6
   Attorneys for Plaintiff
7  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

8  JANE H. BARRETT (BAR NO. 53115)
   ANGELA E. DOTSON (BAR NO. 181106)
9  TOM E. WILSON (BAR NO. 73188)
   TERESA N. BURLISON (BAR NO. 230854)
10 MORRISON & FOERSTER LLP
   755 Page Mill Road
11 Palo Alto, California 94304-1018
   Telephone: 650.813.5600
12 Facsimile: 650.494.0792
   ADotson@mofo.com
13
   Attorneys for Defendant
14 SOUTHWEST AIRLINES CO.

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| 18 EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. C 06 5989 (JSW) |
|---|---|
| 19 | CLASS ACTION |
| 20 Plaintiff, | [PROPOSED] ORDER |
| 21 v. | |
| 22 SOUTHWEST AIRLINES CO., Defendant. | |

1

[PROPOSED] ORDER

pa-1112257

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that all deadlines in this matter, including the responsive pleading deadline and case scheduling requirements under Federal Rule of Civil Procedure 26, shall be continued for sixty (60) days such that the responsive pleading deadline shall be February 9, 2007, and the Initial Case Management Conference shall be scheduled on April ~~24~~ 27, 2007. All discovery in this matter is suspended pending the mediation scheduled for January 8, 2007.

IT IS SO ORDERED.

Dated: __November 21, 2006__

*/s/ Jeffrey S. White*

Hon. Jeffrey S. White
United States District Court for the
Northern District of California

pa-1112257

2
[PROPOSED] ORDER