WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #123023 (VA)
RAYMOND T. CHEUNG - #176086 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5646
Facsimile: (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | CIV. NO. C-06-5989 JSW<br><br>**CONSENT DECREE** |

1. Plaintiff U.S. Equal Employment Opportunity Commission ("Commission" or "EEOC") brought this lawsuit under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct alleged unlawful employment practices on the basis of sexual harassment and to make whole Charging Party Adriana Martin and other similarly situated employees of the defendant aggrieved by the unlawful practices. Plaintiff alleged that Defendant Southwest Airlines Co. (hereinafter "Southwest" or "the Company") unlawfully subjected Ms. Martin and others to a sexually hostile work environment.

2. Southwest denies these allegations.

3. In the interest of resolving this matter, and as a result of having engaged in comprehensive settlement negotiations, the Commission and Southwest (hereinafter referred to as "the Parties") have agreed that this action should be finally resolved by entry of this Consent

*EEOC v. Southwest Airlines:* Consent Decree  1
Case No. C06 5989 JSW

1  Decree.  This Consent Decree shall not constitute an adjudication and/or finding on the merits of
2  the case.

3      4.      The parties agree that this Consent Decree resolves all claims arising out of Ms.
4  Martin's EEOC charge, Tira Island's and Radmilla Drca's claims as class members, and the
5  complaint filed in this action, and constitutes a complete resolution of all claims of sexual
6  harassment under Title VII that were made or could have been made by the Commission in this
7  action.  This Consent Decree does not, however, resolve any future charges or charges that may
8  be pending with the EEOC other than the charge specifically referenced in this paragraph.  There
9  are no current charges pending pertaining to Southwest's Oakland station.

10      5.      This Consent Decree comprises the full and exclusive agreement of the Parties
11  with respect to the matters discussed herein.  No waiver, modification or amendment of any
12  provision of this Consent Decree shall be effective unless made in writing and approve by all the
13  Parties to this Decree, except that any substantive change, modification or amendment of any
14  provision of this Consent Decree shall require approval by the Court.

15      NOW, THEREFORE, in consideration of the mutual promises and agreements set forth
16  herein, the sufficiency of which is hereby acknowledged, IT IS ORDERED, ADJUDGED AND
17  DECREED that:

18      6.      This Court has jurisdiction over the subject matter and the parties to this action.
19  This Court will retain jurisdiction over this Decree for all purposes until the expiration of the
20  Consent Decree.

21      7.      The entry of this Consent Decree will further the objectives of Title VII and will
22  be in the best interest of the Parties, those for whom EEOC seeks relief and the public.

23      8.      This Consent Decree is final and binding upon the Parties, their successors and
24  assigns.

25      9.      Each Party shall bear its own costs and attorney fees.

26            **General Injunctive Relief**

27      10.     **Harassment:**  Southwest and its officers, agents, and managers in Oakland
28  provisioning (including supervisory employees) are enjoined from discrimination against female

1  employees in Oakland provisioning pertaining to the terms and conditions of their employment
2  based upon the female employees' sex.

3  11. **Retaliation**: Southwest and its Oakland Provisioning Department officers, agents, and/or managers (including supervisory employees) are enjoined from engaging in, implementing or permitting any action, policy or practice with the purpose of retaliating against any current or former employee who (a) testified or participated in any manner in any investigation (including, without limitation, any internal investigation undertaken by Southwest ), proceeding or hearing in connection with this case (b) was identified as a possible witness in this action; (c) asserted any rights under this Consent Decree; or (d) sought and/or received any monetary or non-monetary relief in accordance with this Consent Decree.

## Monetary Relief

12. For purposes of this decree, the term "Claimants" refers to Adriana Martin, Tira Island and Radmilla Drca who the EEOC determined were entitled to recover monetary relief pursuant to this Decree. It is expressly agreed by the Parties that no other individuals are entitled to any monetary relief under the terms of this decree or stemming from the complaint filed in this lawsuit.

13. In settlement of the EEOC's claims, Southwest will pay three claimants the gross sum of $100,000 in non-pecuniary damages, the allocation of which to be determined by the EEOC.

14. The above settlement amount for the claimants shall be issued in checks drafted in their name and mailed to their address as provided by the EEOC. Southwest shall make payment in the form of a business check, cashier's check, or certified check. Southwest also will issue an IRS Form 1099 to each claimant for the above payment.

   a. Southwest will mail a copy of each check and IRS Form 1099 to Jonathan T. Peck, Supervisory Trial Attorney for the EEOC, at 350 The Embarcadero, San Francisco, CA 94105.

15. Payment shall be made no later than thirty (30) days after entry of the Consent Decree.

**Specific Injunctive Relief**

16. **Harassment Policy.**

    a. Southwest shall enhance its harassment policy which currently states in part "All complaints will be investigated promptly, impartially, and discreetly and, upon completion of the investigation, the appropriate parties will be notified immediately of the findings" to provide "All complaints will be investigated promptly, impartially, and discreetly and, upon completion of the investigation, the appropriate parties including the complainant will be notified immediately of the investigation results".

    b. Southwest shall submit a copy of the revised harassment policy to the EEOC at the same time it submits its first report on the completion of training, as described below.

    c. Oakland provisioning employees will be provided with a hard copy of the enhanced sexual harassment policy mailed to the address contained within their employee files within 30 days after the decree is executed. All other Southwest employees will be provided the enhanced sexual harassment policy by way of Southwest's employee intranet within 30 days after the decree is executed. The intranet site will inform the employees when they log onto the site that the sexual harassment policy has been enhanced and provide them with the appropriate link to read and print the policy.

**Training**

17. **Training of Managers.** Within 120 days of entry of this Consent Decree, Southwest shall provide at least two (2) hours of harassment and retaliation training for all its managers and supervisors employed in the Provisioning Department located at the Oakland, California airport facility. The training shall be conducted by persons who are well-versed and experienced in the area of employment discrimination under Federal and State law. The cost of said training shall be borne by Southwest.

18. Acknowledgment of Training Attendance. All persons attending mandatory anti-harassment training pursuant to this Consent Decree shall sign an acknowledgment of their

*EEOC v. Southwest Airlines:* Consent Decree
Case No. C06 5989 JSW

4

attendance at the training, the date thereof, and their position with the company. Southwest shall retain the originals of these acknowledgments and provide the EEOC with copies thereof.

### Supervisory Accountability

19. Communication of Potential Discipline for Engaging in Harassment. Southwest certifies that it maintains and will continue to maintain throughout the duration of the decree is policy on "HARASSMENT OR DISCRIMINATION" and "SEXUAL HARASSMENT" which provides that "Violations of this policy may result in corrective action, up to an including termination." In addition, Southwest shall advise all managers and supervisors at the Oakland, CA Provisioning Department of their duty to actively monitor their work areas to ensure employee compliance with the company's anti-harassment policies, and to report any incidents and/or complaints of harassment and/or retaliation of which they become aware to the department charged with handling such complaints.

### Expungement of Records and Disclosure of Information Regarding Claimants' Employment

20. Southwest shall not disclose any information or make references to any charges of discrimination or this lawsuit in responding to employment reference requests for information about any of the Claimants.

21. Southwest shall expunge from Claimants' personnel files any references to a charge of discrimination and this lawsuit.

22. Southwest shall not disclose in response to inquiries from potential employers any information regarding any Claimants' employment with Southwest except as follows:

    a. In response to a specific inquiry, Southwest may disclose the Claimant's dates of employment, position held and rates of pay as requested;

    b. Southwest may report any information as required to state or federal authorities;

    c. Southwest may disclose any information under Court order;

    d. Reference requests shall be handled by calling a Southwest verification specialist in Dallas at 1-800-764-0059.

*EEOC v. Southwest Airlines:* Consent Decree
Case No. C06 5989 JSW

5

### Report to the Commission

23. **Training Report:** Within thirty (30) days of completion of the training required by this Consent Decree, Southwest will send the EEOC verification of its completion of harassment training for its managers and supervisors, including a copy of the course syllabus, outline or Power Point slides for the training and any materials distributed.

24. **Sexual Harassment Complaint Reports:** Six (6) months after entry of this Decree, and thirty (30) days before the expiration of the Decree, Southwest will mail to Jonathan T. Peck, Supervisory Trial Attorney for the EEOC, at 350 The Embarcadero, San Francisco, CA 94105 a report containing the following information and documentation covering the period:

a. Copies of all sexual harassment complaints made during the reporting period at the Oakland Provisioning Department, and a statement as to each regarding the investigation of such complaints. Additionally, Southwest will identify the name, address and telephone number of the complainant and identify the person to whom the initial complaint was made.

b. Southwest also will detail the results of any investigation into sexual harassment in the Oakland Provisioning Department that it has undertaken including any discipline issued. A copy of all records, documents and other writings relevant to such complaints and investigations shall be maintained by Southwest during the period of the Consent Decree and will be made available to the Commission, except documents protected by the attorney client or attorney work product privilege within ten (10) days following a written request from the Commission to Southwest's counsel.

### Retention of Jurisdiction and Expiration of Consent Decree

25. This Consent Decree shall terminate twelve (12) months from the date of entry by the court, unless the Commission petitions this court for an extension of the Decree because of noncompliance by Southwest. Once terminated, this matter will be fully resolved in all aspects. If the Commission determines that Southwest has not complied with the Consent Decree, the Commission will provide written notification of the alleged breach to Southwest and will not petition the court for enforcement sooner than thirty (30) days after providing written notification. The thirty-day period following written notice shall be used by the parties for good faith efforts to

resolve the issue. If the Commission petitions the court and the court finds Southwest to be in substantial violation of the terms of the Decree, the court may extend this Consent Decree.

26. Except as provided in the preceding paragraph, twelve (12) months after the entry of this Consent Decree, this lawsuit will automatically expire, provided that Southwest has complied substantially with the terms of this Consent Decree. Southwest will be deemed to have complied substantially if the Court has not made any findings or orders during the term of the Decree that Southwest has failed to comply with any of the terms of this Decree.

Respectfully submitted,

RONALD S. COOPER, General Counsel,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

WILLIAM R. TAMAYO
JONATHAN T. PECK
RAYMOND T. CHEUNG
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

Dated: 3/12/07        /s/
                      WILLIAM R. TAMAYO
                      Regional Attorney

Dated: 3/9/07         /s/
                      JONATHAN T. PECK
                      Supervisory Trial Attorney

Dated: 3/12/07        /s/
                      RAYMOND T. CHEUNG
                      Senior Trial Attorney

ANGELA E. DOTSON
MORRISON & FOERSTER, LLP

Dated: 3/15/07        /s/
                      ANGELA E. DOTSON
                      Attorneys for Southwest Airlines Co.

1  IT IS SO ORDERED:    This case shall be terminated and will only be re-opened in compliance with the provisions of this Consent Decree.

2

3  Dated: March 16, 2007                    /s/ Jeffrey S. White
                                            United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*EEOC v. Southwest Airlines:* Consent Decree          8
Case No. C06 5989 JSW